UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSEPH  D. THORNBLAD,                              Case No. 25-CV-3359 (PJS/JFD)

            Plaintiff,

v.                                                                          ORDER

COMMISSIONER OF HUMAN SERVICES
and KEITH ELLISON, Attorney General,

            Defendants.

---

Joseph D. Thornblad, pro se.

This matter is before the Court on the motion of plaintiff Joseph D. Thornblad for leave to appeal *in forma pauperis* ("IFP").  A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status.  28 U.S.C. § 1915(a)(1); Fed. R. App. P. 24(a).  To qualify for IFP status, a litigant must demonstrate that he cannot afford to pay the full filing fee.  28 U.S.C. § 1915(a)(1).  However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  Good faith is demonstrated when a defendant seeks appellate review of any non-frivolous issue.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  An issue is frivolous if "it lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 324–25 (1989).

Based on the disclosures in Thornblad's IFP application, the Court concludes that he is financially eligible for IFP status.  But, as Judge Docherty explained, Thornblad's

pleading is fatally deficient "[w]hether interpreted as a complaint or as a habeas petition." ECF No. 6 at 2. The Court therefore certifies that Thornblad's appeal of the order dismissing his pleading is not taken in good faith and his motion to appeal IFP is denied.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED AND CERTIFIED THAT:

1.    Plaintiff's appeal is not taken in good faith; and

2.    Plaintiff's motion for leave to appeal *in forma pauperis* [ECF No. 13] is DENIED.

Dated: October 22, 2025                    /s/ Patrick J. Schiltz
                                           Patrick J. Schiltz, Chief Judge
                                           United States District Court